## SUPERVISOR'S PRELIMINARY USE OF FORCE INVESTIGATION

Internal Review Number:

**Date** 10-21-07  **Time** 0221  **Incident #** 0707818  **Location** 145 E. NORTH ST.

Subject's Name: (Last) CAMPBELL  (First) SAMUEL  Sex: M  Race: W  Hgt: 604  Wgt: 265

Address: 11 DUNNINGTON CT  SS #: REDACTED  DOB: REDACTED 74

City: SPRINGBORO  State: OH  Zip: 45066  Phone:

Charges: BURGLARY, VANDALISM

Injuries to Arrested: LEFT CALF  LEFT THIGH
Treating Hospital: MIDDLETOWN HOSPITAL
Medical Release Obtained: ☐   Admitted: ☐  Doctor: E/R DOCTOR (UNKNOWN)
☐ Release Left at Hospital

**Notification:**
Operations Commander Notified: ☐  Time & by Who:
Police Chief Notified: ☐  Time & by Who:
Shift Sergeant Notified: ☑  Time & by Who: 0612  PTL BUSH

**Chemical Irritant Use:** ☐ Yes ☑ No    **Physical Force/Skill:** ☐ Yes ☑ No    **Asp:** ☐ Yes ☑ No

**Verbalization**
☐ Asked
☐ Told
☑ Demanded
Total: 1

**Mace Effectiveness**
☐ Immobilized
☐ No Effect
☐ Partial Effect
☐ Defective

**Contributing Factors**
☐ Mental Illness
☑ Alcohol
☐ Drugs

**Permitted to Wash Face**
☐ Yes
☐ No
☐ Refused
☐ Treated at Hospital

**Subject's Noncompliance**
☐ Resistive Tension
☑ Conspicuously Ignoring
☐ Exaggerated Movement
☐ Combative/Assaultive
☐ Armed
☐ Excessive Emotional Tension
☑ Violent History

**Subject's Preattack Posture**
☐ Fighting Stance
☐ Hand Set
☐ Shoulder Shift
☐ Target Glance
☐ Blank Stare
☐ Other
Desc:

**Initial Contact Code**
☑ Call for Service
☐ Citation Issued
☐ Domestic Violence
☐ Investigation
☐ Traffic Accident
☐ Traffic Stop
☐ Investigative Stop

**Empty Hand Controls:**
☐ Restraining Hold
☐ Escort Hold
☐ Pain Compliance Hold
☐ Balance Displacement

☐ Pressure Point
☐ Strike
☐ Take Down
☐ Other:

**Firearm Use by Officer:**
☐ Yes  ☑ No
☐ Handgun  ☐ Shotgun
Make:
Model:
Serial #:

**Property Damage:** ☑ Yes  ☐ No  If yes, Describe: SUSPECT CAUSED DAMAGE TO A SCREEN DOOR WHILE ATTEMPTING TO GAIN ENTRY TO THE RESIDENCE

# of Witnesses:
Witnesses Listed Below:

Witness Name: (Last)  (First)  Sex:  Race:  SS #:

Address:  DOB:  Phone:  Relationship:

City:  State:  Zip:  Taped Interview: ☐ Yes ☐ No

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No
If No, explain:

DEFENDANTS' DISCOVERY
RESPONSES 00983

DEPOSITION
EXHIBIT
S14

Witness Name: (Last)                    (First)                    Sex:        Race:        SS #:

Address:                                              DOB:              Phone:            Relationship:

City:                                    State:                Zip:                Taped Interview: ☐ Yes  ☐ No

Does Witness Statement Corroborate Officer's Statement:  ☐ Yes  ☐ No
If No, explain:

Liquor Permit premise involvement:  ☐ No    ☐ Yes   If yes, address & Name:

Officer(s) Involved Listed Below:

Officer's Name: (Last) ANDERKIN      (First) NATHAN      Badge: 132    Sex: M   Race: W       Unit ID #: ZZ32 (2132)
Duty Status: ☑ Uniform  ☐ Non-uniform  ☑ On Duty  ☐ Off Duty  ☐ Off-Duty Detail

Officer's Name: (Last)                 (First)           Badge:        Sex:      Race:          Unit ID #:
Duty Status: ☐ Uniform  ☐ Non-uniform  ☐ On Duty  ☐ Off Duty  ☐ Off-Duty Detail

Injuries to Officer:

Interview of Subject: ☐          Photos: ☐ Yes  ☐ No   By:
Other Reports:                   Reporting Supervisor:

Initial Contact, as reported above, consistent with Police Division policy: ☑ Yes  ☐ No
Force used, as reported above, consistent with Police Division policy:      ☑ Yes  ☐ No

Narrative Summary – Include detailed description of officers actions: RESPONDED TO A DISTURBANCE CALL, OF
WHICH AN UNKNOWN SUSPECT WAS ATTEMPTING TO FORCIBLY GAIN ENTRY
INTO A RESIDENCE. UPON OFFICERS ARRIVAL THEY OBSERVED DAMAGE TO
A SCREEN DOOR. SUSPECT FLED THE SCENE AND WAS LOCATED, VIA K9
DEPLOYMENT. SUSPECT WAS SUBSEQUENTLY BITTEN DUE TO NOT IDENTIFYING
HIS POSITION BEHIND AND UNDER A TREE.

Investigating Supervisor: _____ (PTL. LJ BUSH #124)

Initials: _____    Date: 10-21-07

Initial Contact, as reported above, consistent with Police Division policy: ☑ Yes  ☐ No
Force used, as reported above, consistent with Police Division policy:      ☑ Yes  ☐ No      Supplement attached: ☐

Operations Commander: _____

Initials: _____    Date: _____

☐ Original Delivered to Chief's Office ☐          Copy to Operations Commander ☐

Police Chief's Review: ☐ Approved    ☐ Referred

Chief's Signature _____

Use of Force Form (Rev 12/00)

DEFENDANTS' DISCOVERY
RESPONSES 00984

## Tim Parker

| | |
|---|---|
| **From:** | Dan Bentley |
| **Sent:** | Monday, October 29, 2007 4:16 AM |
| **To:** | Tim Parker |
| **Subject:** | Use of Force |

LT,

Hey, I wanted to update you in reference to the use of force you gave me to look into. I spoke with Nick, Nate and Larry. Nick stated that when he arrived he saw the damage to both the front and rear door of the residence and he was told by Nate that the suspect had just fled the scene. He stated he was acting in "good faith" with the belief that a burglary had been attempted. He got Spike and began to track. His K9 useage report explains the rest. He stated that he DID NOT give any commands before Spike bit the suspect. He stated that when Spike does a track he is trained to initiate a bite when someone is found. He doesn't tell him to bite, that is what he is trained to do. He went on to explain that he trains with the other dogs in the County and they are all trained the same way. This is the common practice of the dogs for safety of the handlers and the dogs. Once Spike initiated the bite Nick began to give commands to the suspect and when those commands were followed Spike was taken off the bite.

I spoke with Nate about his statement included with his NIBRS report. Nate stated that he put the statement about commands being given referring to the suspects initial refusal to comply while being bitten by Spike. Nate did not hear any commands given before the suspect was bitten. I spoke with him about the chain of events and confirmed that he did not see the suspect running from the house but was told by the reportee that the suspect had just ran away seconds before they arrived.

I spoke with Larry in reference to the use of force report. I inquired why he checked the "Demanded" box for verbal commands. He stated that he listened to the recording and could hear Nick advising the suspect to "show me your hands" and felt that because of that he was making demands. I explained to him that this category on the use of force is referring to verbal commands given PRIOR to force being used not while or after the force is being used. He stated that he was unaware of this and that it would not happen again.

I also spoke with all of them about the importance of confirming that a crime has been committed if at all possible before initiating a track. The "victim" was visible inside the residence and I spoke with them about the importance of speaking with her before the scene to determine if a crime had been committed. I told them that there should never be a question of "what are we going to charge him with" after any force has been used. By speaking with the victim before hand that question could have been avoided.

In summary all parties agree that there were NO commands given before the suspect was bitten. Nick advised this is because the suspect was hiding and his dog is trained to engage a person located during a track. Statements made by the reportee and evidence at the scene were sufficient for them to believe that a burglary had been attempted and I believe they were acting in good faith. All of them were very receptive to the discussion about confirming information with a victim, if possible, before starting a track.

I have put all of the reports back into your box. I did not correct any of the items that we discussed. The reason being is that Nate has already filed charges in County and a copy of the reports were given to the Prosecutor when charges were filed. I didn't think that it would be wise to rewrite reports that have already been given to the Prosecutor for charges. But I did advise Larry and Nate you may want them to revise their reports.

Thanks,

Dan

DEFENDANTS' DISCOVERY
RESPONSES 00985

1

## SUPERVISOR'S PRELIMINARY USE OF FORCE INVESTIGATION

Internal Review Number:

| Date | Time | Incident # | Location |
|------|------|-----------|----------|
| 9-2-06 | 2343 | 0606708 | 2494 Brookview Dr. Middletown OH 45044 |

Subject's Name: (Last) Brogan (First) David    Sex: M    Race: WHT    Hgt: 5'6    Wgt: 150

Address: 2494 Brookview Dr.    SS #: REDACTED    DOB. REDACTED-79

City: Middletown    State: OH    Zip: 45044    Phone:

Charges: Domestic Violence

Injuries to Arrested: Dog bite left upper arm
Treating Hospital: Middletown
Medical Release Obtained: ☐    Admitted: ☒    Doctor:
☐ Release Left at Hospital

**Notification:**
Operations Commander Notified: ☒    Time & by Who: 0800 Sgt. D. Bentley
Police Chief Notified: ☐    Time & by Who:
Shift Sergeant Notified: ☒    Time & by Who: 0100 Ofc. Clark

Chemical Irritant Use: ☐ Yes ☒ No    Physical Force/Skill: ☐ Yes ☒ No    Asp: ☐ Yes ☒ No

| Verbalization | Mace Effectiveness | Contributing Factors | Permitted to Wash Face |
|---------------|--------------------|--------------------|------------------------|
| ☒ Asked | ☐ Immobilized | ☐ Mental Illness | ☐ Yes |
| ☒ Told | ☐ No Effect | ☒ Alcohol | ☐ No |
| ☒ Demanded | ☐ Partial Effect | ☐ Drugs | ☐ Refused |
| Total: 5 | ☐ Defective | | ☐ Treated at Hospital |

| Subject's Noncompliance | Subject's Preattack Posture | Initial Contact Code |
|-------------------------|----------------------------|----------------------|
| ☐ Resistive Tension | ☐ Fighting Stance | ☐ Call for Service |
| ☐ Conspicuously Ignoring | ☐ Hand Set | ☐ Citation Issued |
| ☒ Exaggerated Movement | ☐ Shoulder Shift | ☒ Domestic Violence |
| ☐ Combative/Assaultive | ☐ Target Glance | ☐ Investigation |
| ☐ Armed | ☐ Blank Stare | ☐ Traffic Accident |
| ☐ Excessive Emotional Tension | ☒ Other | ☐ Traffic Stop |
| ☐ Violent History | Desc: hiding | ☐ Investigative Stop |

**Empty Hand Controls:**
☐ Restraining Hold    ☐ Pressure Point
☐ Escort Hold    ☐ Strike
☐ Pain Compliance Hold    ☐ Take Down
☐ Balance Displacement    ☐ Other:

**Firearm Use by Officer:**
☐ Yes ☒ No
☐ Handgun    ☐ Shotgun
Make:
Model:
Serial #:

Property Damage: ☐ Yes ☒ No    If yes, Describe:

# of Witnesses: 0
Witnesses Listed Below:

Witness Name: (Last) (First)    Sex:    Race:    SS #:

Address:    DOB:    Phone:    Relationship:

City:    State:    Zip:    Taped Interview: ☐ Yes ☐ No

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No
If No, explain:

DEFENDANTS' DISCOVERY
RESPONSES 00986

Witness Name: (Last)      (First)      Sex:    Race:    SS #:

Address:      DOB:    Phone:    Relationship:

City:      State:    Zip:    Taped Interview: ☐ Yes ☐ No

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No
If No, explain:

Liquor Permit premise involvement: ☐ No ☐ Yes   If yes, address & Name:

**Officer(s) Involved Listed Below:**

Officer's Name: (Last) Clark     (First) Steven    Badge: 129    Sex: M   Race: WHT    Unit ID #: Z129
Duty Status: ☒ Uniform ☐ Non-uniform ☒ On Duty ☐ Off Duty ☐ Off-Duty Detail

Officer's Name: (Last) Lauffer     (First) Troy    Badge:    Sex: M   Race: WHT    Unit ID #: 8P32
Duty Status: ☒ Uniform ☐ Non-uniform ☒ On Duty ☐ Off Duty ☐ Off-Duty Detail

Injuries to Officer: N/A

Interview of Subject: ☐     Photos: ☒ Yes ☐ No   By: Ofc. Clark
Other Reports:     Reporting Supervisor: Sgt. D. Bentley

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No
Force used, as reported above, consistent with Police Division policy: ☒ Yes ☐ No

**Narrative Summary** – Include detailed description of officers action: On 9-2-06 at approximately 2331 hrs County Supervisor 8P30, Sgt. Dulle, requested Officer Clark and K9 "Spike" to respond to 2494 Brookview Dr. to help with a track. The reason for the call was to help find a Domestic Violence suspect, David Brogan, that had fled out the rear door of the above residence. The County units were searching for Mr. Brogan with regards to him striking Jessica Kirby in the face with a beer bottle and breaking her nose. After Officer Clark arrived with K9 "Spike" he began to track thru woods at the rear of the residence. After Officer Clark arrived with K9 "Spike" turned and went back into the woods a short distance. At this point Officer Clark heard Deputy Lauffer giving verbal commands "get your hands up and come out now" repeatedly. Mr. Brogan refused to comply with the verbal commands being given by Deputy Lauffer. At this point K9 "Spike" was released into the area where Mr. Brogan was hiding. K9 "Spike" located Mr. Brogan hiding under some bushes and engaged him, biting Mr. Brogan in the upper part of his left arm. Mr. Brogan struggled with K9 "Spike" and Officer Clark grabbed Mr. Brogan by the feet and pulled him from his hiding place, immediately removing K9 "Spike" from the bite. Mr. Brogan was taken into custody by the Warren County Sheriffs Department and transported to Middletown Hospital to be treated.

Investigating Supervisor:

Initials:      Date:

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No
Force used, as reported above, consistent with Police Division policy: ☐ Yes ☐ No     Supplement attached: ☐

Operations Commander: *Lt. Don Wheel*

Initials: *JMW*    Date: *10-6-06*

☐ Original Delivered to Chief's Office ☒     Copy to Operations Commander ☒

Police Chief's Review: ☐ Approved ☒ Referred

Chief's Signature

DEFENDANTS' DISCOVERY
RESPONSES 00987



## Springboro Police Department

**Patrol**

Police Officer S. Nick Clark

Phone: (937) 748-0611
Fax: (937) 748-3214

9-3-06

**Post-case synopsis of canine apprehension involving David A Brogan Occurring at 2494
Brookview Dr. Middletown, OH 45044 Warren County Ohio on 9-2-06 at 11:19 pm.**

On 9-2-06 at approximately 2319 hours Warren County Deputies responded to a call of a
domestic violence situation at 2494 Brookview Dr. Upon arrival Deputies discovered a female
victim (Jessica L Kirby) to have been struck in the nose with a bottle. Ms. Kirby was bleeding
from the nose and hand and Sgt. Dulle believed that Ms. Kirby's nose was broken. Ms. Kirby
stated that her live-in boyfriend, David A Brogan had assaulted her with a bottle in the face and
fled out the rear of the residence upon learning that she was calling 911. I was then called to the
scene to attempt a K9 track for Mr. Brogan who was described as wearing blue jeans and an
orange t-shirt. Mr. Brogan was also described as highly intoxicated. The track was short (less than
200 yards) and Mr. Brogan was located in the woods behind the apartment. At the time Mr.
Brogan was located he was ordered to come out of the woods with his hands up on two occasions
and failed to comply. I could not see Mr. Brogan at this time but believed that he was in the
woods due to the change in PSD Spike's behavior (air scenting). PSD Spike was sent into the
woods on lead in case Mr. Brogan was to change his mind and give himself up. Mr. Brogan chose
not to do so and was bitten initially on the forearm by PSD Spike. Although I could not see this
bite I believe Mr. Brogan jerked his arm out of PSD Spike's mouth causing PSD Spike to re-
engage Mr. Brogan on the bicep area harder than the first bite. I also believe that Mr. Brogan
attempted to jerk his arm out of this bite as well but was unsuccessful in doing so and only caused
tearing to the skin and increasing the fight drive in PSD Spike. When Mr. Brogan was pulled
from the woods he immediately became compliant thus PSD Spike was removed from the bite.

Mr. Brogan stated freely that he was aware that there was a police dog looking for him and could
see officers with flashlights but believed the dog would not bite him. Mr. Brogan was highly
intoxicated and admitted to having consumed several beers stating, "I'm drunk, I ain't gonna lie
about that." A brief history was pulled on Mr. Brogan and he has fled from and hidden from the
Franklin Police on several different occasions and also has a history of theft. Mr. Brogan had
several opportunities to simply give up and not be apprehended by canine but chose not to do so.
Mr. Brogan stated not only at the scene but at the hospital as well that he should have just given
up.

Mr. Brogan committed a crime of violence injuring a household member with a weapon, whether
felony charges will be filed or not is unknown.

DEFENDANTS' DISCOVERY
RESPONSES 00988

# SUPERVISOR'S PRELIMINARY USE OF FORCE INVESTIGATION

Internal Review Number:

| Date | Time | Incident # | Location |
|------|------|-----------|----------|
| 02-21-06 | 0357 | 0601398 | 7491 Silver Lake Waynesville |

Subject's Name: (Last) Crouch  (First) Tony   Sex: M   Race: W   Hgt: 5'11   Wgt: 235

Address: 3100 E Third St.   SS #: REDACTED   DOB: REDACTED -87

City: Dayton   State: OH   Zip: 45403   Phone:

Charges: Receiving Stolen Property, Assault on Police Dog, Breaking and Entering

**Injuries to Arrested:** Dog bites to left forearm, back and stomach, and possibly left ankle
**Treating Hospital:** Bethesda Warren County—CCTWP PD   Admitted: ☐   Doctor:
**Medical Release Obtained:** ☐   ☐ Release Left at Hospital

**Notification:**
Operations Commander Notified: ☒   Time & by Who: 0730 Sgt. Turpin
Police Chief Notified: ☐   Time & by Who:
Shift Sergeant Notified: ☒   Time & by Who: 0428 Officer Clark

**Chemical Irritant Use:** ☐ Yes ☒ No   **Physical Force/Skill:** ☒ Yes ☐ No   Asp: ☐ Yes ☒ No

**Verbalization**
☐ Asked
☒ Told
☒ Demanded
Total:

**Mace Effectiveness**
☐ Immobilized
☐ No Effect
☐ Partial Effect
☐ Defective

**Contributing Factors**
☐ Mental Illness
☒ Alcohol
☐ Drugs

**Permitted to Wash Face**
☐ Yes
☐ No
☐ Refused
☐ Treated at Hospital

**Subject's Noncompliance**
☒ Resistive Tension
☐ Conspicuously Ignoring
☐ Exaggerated Movement
☒ Combative/Assaultive
☐ Armed
☐ Excessive Emotional Tension
☐ Violent History

**Subject's Preattack Posture**
☐ Fighting Stance
☐ Hand Set
☐ Shoulder Shift
☐ Target Glance
☐ Blank Stare
☒ Other
Desc:

**Initial Contact Code**
☐ Call for Service
☐ Citation Issued
☐ Domestic Violence
☒ Investigation
☐ Traffic Accident
☐ Traffic Stop
☐ Investigative Stop

**Empty Hand Controls:**
☐ Restraining Hold
☐ Escort Hold
☐ Pain Compliance Hold
☐ Balance Displacement
☐ Pressure Point
☐ Strike
☐ Take Down
☐ Other:

**Firearm Use by Officer:**
☐ Yes   ☒ No
☐ Handgun ☐ Shotgun
Make:
Model:
Serial #:

**Property Damage:** ☐ Yes ☒ No   If yes, Describe:

**# of Witnesses:**
**Witnesses Listed Below:**

Witness Name: (Last) See below   (First)   Sex:   Race:   SS #:

Address:   DOB:   Phone:

City:   State:   Zip:   Relationship:

**Does Witness Statement Corroborate Officer's Statement:** ☐ Yes ☐ No   Taped Interview: ☐ Yes ☐ No
If No, explain:

DEFENDANTS' DISCOVERY
RESPONSES 01004

Witness Name: (Last) _____ (First) _____ Sex: ___ Race: ___ SS #: ___

Address: _____ DOB: ___ Phone: ___ Relationship: ___

City: _____ State: ___ Zip: ___ Taped Interview: ☐ Yes ☐ No

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No
If No, explain:

Liquor Permit premise involvement: ☐ No ☐ Yes · If yes, address & Name: _____

Officer(s) Involved Listed Below:

Officer's Name: (Last) Clark (First) Nick Badge: 129 Sex: M Race: W Unit ID #: 129
Duty Status: ☒ Uniform ☐ Non-uniform ☐ On Duty ☐ Off Duty ☐ Off-Duty Detail

Officer's Name: (Last) Spike (First) Badge: Sex: M Race: Unit ID #:
Duty Status: ☐ Uniform ☐ Non-uniform ☐ On Duty ☐ Off Duty ☐ Off-Duty Detail

Injuries to Officer: None

Interview of Subject: ☒ Photos: ☒ Yes ☐ No By: Officer Clark
Other Reports: See attached Reporting Supervisor: Sgt. T. A. Turpin

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No
Force used, as reported above, consistent with Police Division policy: ☒ Yes ☐ No

Narrative Summary – Include detailed description of officers action: See attached statement of Officer Clark. Officer Anderkin, Office4r Martin, and myself were assisting Clearcreek Twp. PD in reference to a Breaking and Entering, and possible vehicle thefts. We also were requested to assist Waynesville PD to set a perimeter for a suspect who had fled from a stolen vehicle, and attempted to steal other vehicles. Officer Anderkin and myself were in Waunesville. Officer Clark and Officer Martin were on Silver Lake. I responded to Silver Lake once I heard the suspect there was in custody and that he had been bitten by Spike. I spoke with the suspect and he advised that he was bitten by the dog, even though he had not done anything. He refused to be transported by a squad. Clearcreek Twwp. PD transported subject to hospital and then to jail. Officer Clark also advised that the subject was tased by either a Warren County Deputy or a Clearcrekk Twp. PD Officer during the time the subject was being bitten by Spike.

Witnesses:
Lt. Hatfield-WCSO
Sgt. Hounshell-WCSO
Officer Martin-SPD
Officer Coronett-CCTWP PD
Officer Wanless-CCTWP PD

Investigating Supervisor: SGT. _[signature]_

Initials: _[initials]_ Date: 3-21-06

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No
Force used, as reported above, consistent with Police Division policy: ☒ Yes ☐ No Supplement attached: ☐

Operations Commander: Lt. _[signature]_ Wheeler

Initials: _[initials]_ Date: 2/21/06

☐ Original Delivered to Chief's Office ☐ Copy to Operations Commander ☒

Police Chief's Review: ☐ Approved ☐ Referred

Chief's Signature _____

DEFENDANTS' DISCOVERY
RESPONSES 01005

## K9 Deployment Report

Springboro Police Department

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 0601398 | 2/21/2006 3:57:44AM | ASSIST OS | |

**Location**
7491 Silver Lake
Waynesville, OH 45068

### Incident Details

| Environment | Region | Weather Conditions |
|---|---|---|
| Rural Residential | | Cloudy |

Requested by Clearcreek PD to track a multiple vehicle theft and fleeing suspect

### Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark/Spike | 2/21/06 3:57 | 2/21/06 4:16 | 2/21/06 5:30 |

### Incident Activities

**Team Name**
Clark/Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| BITE | Apprehension | 1.00 | PERS | No |
| Comments | Photos taken of bite injuries | | | |

### Incident Names

| Name Type | Charged |
|---|---|

**Name**
Mr. Tony Crouch

**Address**
3100 E Third St
Dayton, OH 45403

**Comments**

### Incident Narratives

**Team   Clark/Spike**

Upon arrival I was advised that there had been several vehicles stolen in the area along with attempted burglaries. Officer B Wanless had witnessed a stolen Jeep vehicle near 73 and Silver Lake Dr. The Jeep fled from Officer Wanless and crashed into a pond nearby with the suspect fleeing on foot. Lt. Hatfield from the Warren County Sherrifs Office then observed a subject matching the description of the suspect running through a field near the pond Sgt. Houndshell, Officer Cornett, and myself walked out into the field where the suspect was last seen and PSD Spike was deployed in the area and instructed to track PSD Spike immediately picked up the track and began tracking hard to the south toward Equine Dr PSD Spike tracked approximately 100 yards until reaching a fence where he showed much interest in getting over I raised PSD Spike over the fence and he again picked up the track continuing south into a very dense patch of

## K9 Deployment Report

Springboro Police Department

woods. PSD Spike then began to pull harder and was about 10 feet out on my tracking line. I could not see where PSD Spike was at this time and about 10 feet into the woods I felt my line give slack and heard a male subject yelling, "Get the dog off me, he's biting me." Not knowing if the subject was armed or not I approached him first to get a visual before attempting to remove PSD Spike from him. Upon reaching the suspect I observed him lying on the ground under a log and PSD Spike had a full bite on his forearm. The suspect had his right hand on PSD Spike's head and struck him once in the face. I then yelled at the suspect to "stop fighting my dog" The suspect would not remove his hand from PSD Spike's face and I forcefully pushed his hand away. I then ordered the suspect to stand up so that I could remove PSD Spike from the bite. The suspect started to stand up and I heard a taser deployed from behind me. When PSD Spike heard the taser he spit the bite and the immediately re-engaged the suspect in the stomach. I then choked PSD Spike off the bite and the suspect was taken into custody. The suspect had a bleeding injury on his ankle which I am not sure was caused by PSD Spike or when the suspect crossed the fence or ran from the moving vehicle. Pictures were taken of the suspect's injuries and he was cleared by the Clearcreek Squad. The suspect was then turned over to Clearcreek PD.

Handler _____       Supervisor _Sgt. Jeff R. Timin 2-21-06_

DEFENDANTS' DISCOVERY
RESPONSES 01007

## SUPERVISOR'S PRELIMINARY USE OF FORCE INVESTIGATION

Internal Review Number:

| Date | Time | Incident # | Location |
|---|---|---|---|
| 8-20-06 | 0019 | 0606324 | 5 Clearcreek Franklin #2 |

**Subject's Name:** (Last) Menz　　　　(First) Shane　　　　Sex: M　　Race: Wht　~~REDACTED~~　Hgt: 6'1　　Wgt: 165

**Address:** 5 Clearcreek Franklin #2

**City:** Springboro　　　　　　　　　　SS #:　　REDACTED　　　　DOB: ~~83~~

**State:** OH　　Zip: 45066　　Phone: 937-514-7513

**Charges:** Domestic Violencex2, Obstructing, Child Endangering, Disrupting Public Service, Resisting Arrest

**Injuries to Arrested:** Cuts, Scrapes, Punctures from dog bite
**Treating Hospital:** Bethesda Warren County
**Medical Release Obtained:** ☒　　　　　　　Admitted: ☐　　Doctor:
　　　　　　　　　　　　　　　　　　　　　　☐ Release Left at Hospital

**Notification:**
Operations Commander Notified: ☒　　Time & by Who: 0700 Sgt. Bentley
Police Chief Notified:　　　　　☐　　Time & by Who:
Shift Sergeant Notified:　　　　☒　　Time & by Who: on scene

**Chemical Irritant Use:** ☐ Yes ☒ No　　　　**Physical Force/Skill:** ☒ Yes ☐ No　　**Asp:** ☐ Yes ☒ No

| Verbalization | Mace Effectiveness | Contributing Factors | Permitted to Wash Face |
|---|---|---|---|
| ☒ Asked | ☐ Immobilized | ☐ Mental Illness | ☐ Yes |
| ☒ Told | ☐ No Effect | ☒ Alcohol | ☐ No |
| ☒ Demanded | ☐ Partial Effect | ☒ Drugs | ☐ Refused |
| Total: 6 | ☐ Defective | | ☒ Treated at Hospital |

| Subject's Noncompliance | Subject's Preattack Posture | Initial Contact Code |
|---|---|---|
| ☐ Resistive Tension | ☒ Fighting Stance | ☒ Call for Service |
| ☐ Conspicuously Ignoring | ☐ Hand Set | ☐ Citation Issued |
| ☐ Exaggerated Movement | ☐ Shoulder Shift | ☒ Domestic Violence |
| ☒ Combative/Assaultive | ☐ Target Glance | ☐ Investigation |
| ☐ Armed | ☒ Blank Stare | ☐ Traffic Accident |
| ☒ Excessive Emotional Tension | ☒ Other | ☐ Traffic Stop |
| ☐ Violent History | Desc: verbally challenging | |
| Stop | | ☐ Investigative |

| Empty Hand Controls: | | Firearm Use by Officer: |
|---|---|---|
| ☐ Restraining Hold | ☐ Pressure Point | ☐ Yes |
| ☐ Escort Hold | ☒ Strike | ☒ No |
| ☐ Pain Compliance Hold | ☒ Take Down | ☐ Handgun ☐ Shotgun |
| ☒ Balance Displacement | ☐ Other: | Make: |
| | | Model: |
| | | Serial #: |

**Property Damage:** ☐ Yes ☒ No　　**If yes, Describe:**

**# of Witnesses:**
**Witnesses Listed Below:**

**Witness Name:** (Last) Martin　　　　(First) Heath　　　　Sex: M　　Race: WHT　　SS #:

**Address:** z134, on duty in uniform　　　　　　　　DOB:　　Phone:

**City:**　　　　　　　　State:　　　Zip:　　　　　　Relationship:

**Does Witness Statement Corroborate Officer's Statement:** ☒ Yes ☐ No　　　Taped Interview: ☐ Yes ☒ No
**If No, explain:**

DEFENDANTS' DISCOVERY
RESPONSES 01008

| Witness Name: (Last) | | (First) | | | Sex: | Race: | | SS #: |

Address:

| City: | | DOB: | | Phone: | | Relationship: |

| | State: | | Zip: | | Taped Interview: ☐ Yes ☐ No |

**Does Witness Statement Corroborate Officer's Statement:** ☐ Yes ☐ No
If No, explain:

**Liquor Permit premise involvement:** ☐ No ☐ Yes If yes, address & Name:

**Officer(s) Involved Listed Below:**

**Officer's Name:** (Last) Bentley (First) Dan Badge: 123 Sex: M Race: WHT Unit ID #: z123
**Duty Status:** ☒ Uniform ☐ Non-uniform ☒ On Duty ☐ Off Duty ☐ Off-Duty Detail

**Officer's Name:** (Last) Clark (First) Nick Badge: 129 Sex: M Race: WHT Unit ID #: z129
**Duty Status:** ☒ Uniform ☐ Non-uniform ☒ On Duty ☐ Off Duty ☐ Off-Duty Detail

**Injuries to Officer:** Left knee Puncture Sgt. Bentley by k9 spike accidental bite.

**Interview of Subject:** ☒ **Photos:** ☒ Yes ☐ No By: Ofc. Clark
**Other Reports:** NIBRS **Reporting Supervisor:** Sgt. D. Bentley

**Initial Contact,** as reported above, consistent with Police Division policy: ☒ Yes ☐ No
**Force used,** as reported above, consistent with Police Division policy: ☒ Yes ☐ No

**Narrative Summary** – Include detailed description of officers action: Officers were called to 5 Clearcreek Franklin Apartment 2 on the investigation of a Domestic Violence Complaint. Upon arrival I observed a male subject run from North to South across the parking lot in front of building 5. I exited my patrol car and gavechase, locating a male subject in the rear of building 5 trying to gain entry into apartment #2. The male subject glared blankly at me as I asked him to "come here". The male subject, identified as Mr. Menz, stated "what are you doing in my yard, fuck you motherfucker". At this point I recognized that Mr. Menz was holding an infant with his left arm by the upper torso under the infants chin and around the neck. I began giving verbal commands for Mr. Menz to put the baby down and Mr. Menz became more enraged. Mr. Menz approached me holding the baby with the left arm and clinching a fist with the right hand. Mr. Menz was screaming "fuck you" "motherfuckers" "shoot me fucking shoot me". I continued to order Mr. Menz to put the baby down and Officer Martin and Officer Clark with K9 "spike" arrived. Mr. Menz was swinging the baby from side to side as he wildly twisted his body in an effort to watch all Officers. During this time he continued to hold the baby by the neck and head with his left arm wrappedaround it. Mr. Menz continued to scream "shoot me" "and "fuck you" when commands to release the baby were given. Mr. Menz, while still holding the infant with his left arm, reached out and grabbed a metal patio chair with his right hand and threw it atme. Mr. Menz directed his attention to Officer Martin refusing to release the infant and trying to get past all Officers. Officer Martin was able to work his way closer to Mr. Menz and Mr. Menz. When Mr. Menz turned to push Officer Martin, I was able to strike Mr. Menz in the upper portion of his back with my flashlight hard enough to stun Mr. Menz and give Officer Martin time to grab the infant from Mr. Menz. After Officer Martin had the infant Mr. Menz reached to grab the infant from Officer Martin. At this point I grabbed Mr. Menz and we began to struggle. I was ordering Mr. Menz to get down and Mr. Menz was struggling with me failing to comply to verbal commands. I attempted to place Mr. Menz onto the ground but Mr. Menz pushed me off as we both fell to th ground. Mr. Menz then began to kick at me and attempt to get up. At this time K9 Officer Clark released K9 Spike who was able to deliver a bite to Mr. Menz in the upper right portion of his thigh as Mr. Menz kicked at K9 "spike". After being bit by K9Spike Mr. Menz continued to struggle and refused to cooperate. He refused to stop struggling and kicking and was able to roll onto his stomach and would not bring his hands out from underneath him. During the struggle K9 spike lost the bite on Mr. Menzand when Mr. Menz rolled onto his stomach K9 spike reengaged the bite, this time to the upper rear portion of the left thigh just below the buttocks. Officer Martin and myself attempted to gain control of Mr. Menz's hands as Mr. Menz continued to fight. We struggled with Mr. Menz's hands and several times as we pulled them from beneath him he was able to break free and get them back under him. After numerous attempts we were able to get control of his hands and cuff Mr. Menz.

Investigating Supervisor: _Sgt D Bentley_ (signature)

Initials: DCB Date: 8-20-0C

**Initial Contact,** as reported above, consistent with Police Division policy: ☐ Yes ☐ No
**Force used,** as reported above, consistent with Police Division policy: ☐ Yes ☐ No Supplement attached: ☐

DEFENDANTS' DISCOVERY
RESPONSES 01009

## SUPERVISOR'S PRELIMINARY USE OF FORCE INVESTIGATION

Internal Review Number: _____

| Date | Time | Incident # | Location |
|---|---|---|---|
| 03-01-06 | 0119 | 0601625 | Jonathon Wright Elementary |

Subject's Name: (Last) Bradley          (First) Ronald

Sex: M     Race: W     Hgt: 600     Wgt: 220

Address: 53 North Collier

SS #: REDACTED     DOB: REDACTED -69

City: Xenia

State: OH     Zip: 45385     Phone:

Charges: To be determined by WCSO.

**Injuries to Arrested:** Yes, deep puncture wounds to left shoulder from K9 Spike
Treating Hospital: Bethesda Warren County
**Medical Release Obtained:** ☐          Admitted: ☐     Doctor:
                                          ☐ Release Left at Hospital

**Notification:**
Operations Commander Notified: ☐     Time & by Who:
Police Chief Notified: ☐     Time & by Who:
Shift Sergeant Notified: ☒     Time & by Who: Present at scene

**Chemical Irritant Use:** ☐ Yes ☒ No     **Physical Force/Skill:** ☐ Yes ☒ No     **Asp:** ☐ Yes ☒ No

**Verbalization**
☐ Asked
☒ Told
☒ Demanded
Total:

**Mace Effectiveness**
☐ Immobilized
☐ No Effect
☐ Partial Effect
☐ Defective

**Contributing Factors**
☐ Mental Illness
☒ Alcohol
☐ Drugs

**Permitted to Wash Face**
☐ Yes
☐ No
☐ Refused
☐ Treated at Hospital

**Subject's Noncompliance**
☒ Resistive Tension
☒ Conspicuously Ignoring
☒ Exaggerated Movement
☒ Combative/Assaultive
☐ Armed
☐ Excessive Emotional Tension
☐ Violent History

**Subject's Preattack Posture**
☐ Fighting Stance
☐ Hand Set
☐ Shoulder Shift
☐ Target Glance
☐ Blank Stare
☐ Other
Desc:

**Initial Contact Code**
☒ Call for Service
☐ Citation Issued
☐ Domestic Violence
☐ Investigation
☐ Traffic Accident
☐ Traffic Stop
☐ Investigative Stop

**Empty Hand Controls:**
☐ Restraining Hold
☐ Escort Hold
☐ Pain Compliance Hold
☐ Balance Displacement

☐ Pressure Point
☐ Strike
☒ Take Down
☐ Other:

**Firearm Use by Officer:**
☐ Yes          ☒ No
☐ Handgun     ☐ Shotgun
Make:
Model:
Serial #:

**Property Damage:** ☐ Yes     ☒ No     If yes, Describe:


# of Witnesses:
Witnesses Listed Below:

Witness Name: (Last) See below          (First)

Address:          Sex:     Race:     SS #:

City:          DOB:          Phone:          Relationship:

          State:          Zip:          Taped Interview: ☐ Yes ☐ No

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No
If No, explain:

DEFENDANTS' DISCOVERY
RESPONSES 01019

Witness Name: (Last) (First) Sex: Race: SS #:

Address: DOB: Phone: Relationship:

City: State: Zip:

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No Taped Interview: ☐ Yes ☐ No

If No, explain:

Liquor Permit premise involvement: ☐ No ☐ Yes If yes, address & Name:

**Officer(s) Involved Listed Below:**

Officer's Name: (Last) See below (First) Badge: Sex: Race: Unit ID #:

Duty Status: ☒ Uniform ☐ Non-uniform ☒ On Duty ☐ Off Duty ☐ Off-Duty Detail

Officer's Name: (Last) (First) Badge: Sex: Race: Unit ID #:

Duty Status: ☐ Uniform ☐ Non-uniform ☐ On Duty ☐ Off Duty ☐ Off-Duty Detail

Injuries to Officer: None

Interview of Subject: ☒ Photos: ☒ Yes ☐ No By: Officer Clark

Other Reports: See attached Reporting Supervisor: Sgt. T.A. Turpin

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No

Force used, as reported above, consistent with Police Division policy: ☒ Yes ☐ No

**Narrative Summary** – Include detailed description of officers action: Officer's Clark, Anderkin, Martin, and myself were advised by dispatch that WCSO was in pursuit west bound on SR 73 towards Springboro from Clearcreek TWP. Officers from Green County were pursuing the vehicle earlier in the evening on SR 42 but terminated the pursuit. We took position on SR 73 at Stonridge to deploy stop sticks. We were requested by WCSO to deploy stopsticks. Officer's Clark, Martin, and Anderkin successfully deployed the stop sticks striking the three remaining tires on the vehicle. Springboro units fell in behind the WCSO, and Waynesviille units traveling west bound on SR 73. The vehicle stopped in the parking lot of Jonathon Wright Elementary. Springboro units took a position of cover as WCSO units approached the driver ordering the suspect out of the vehicle. The driver did not exit the vehicle. WCSO units then physically removed the driver, identified as Ronald Bradley. Mr. Bradley was uncooperative and not following the Deputys commands after he was taken to the ground. He was resisting by not following verbal commands, rolling on the ground, not putting hands behind his back as ordered, and tucking his hands between his stomach and the ground. Mr. Bradley was tased by WCSO, Clearcreek TWP, and Waynesville. The taser appeared to have little to no effect due in part to the heavy jacket worn. Officer Clark then deployed K9 Spike and the suspect was bit on the left shoulder. Mr. Bradley then immediately began to comply. Officer Clark then removed K9 Spike from his bite. Mr. Bradley was then handcuffed without further incident. Mr. Bradley was taken to Bethesda Warren County for treatment and realsed into the custody of Green County for the earlier pursuit.

Officers present:
Lt. Hatfield-WCSO
Dep. Black-WCSO
Off. Wiseman-Waynesville
Sgt. Hensley-CCTWP
Off. Coronett-CCTWP
Several other WCSOunits, and one other CCTWP unit was also on scene, of which I do not know names.
Sgt. Turpin, Officer's Clark, Martin, and Anderkin of Springboro PD.

Investigating Supervisor: SGT. [signature]

Initials: TAT Date: 3-1-06

Initial Contact, as reported above, consistent with Police Division policy: ☐ Yes ☐ No

Force used, as reported above, consistent with Police Division policy: ☐ Yes ☐ No Supplement attached: ☐

Operations Commander: Lt. [signature]

Initials: [initials] Date: 3-1-06

Original Delivered to Chief's Office ☑

Copy to Operations Commander ☑

DEFENDANTS' DISCOVERY RESPONSES 01020

**Police Chief's Review:** ☐ Approved    ☐ Referred

Chief's Signature

Use of Force Form (Rev 12/00)

DEFENDANTS' DISCOVERY
RESPONSES 01021

## K9 Deployment Report

Springboro Police Department

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 0601625 | 3/1/2006 1:19:30AM | Pursuit | |

**Location**
Jonathan Wright Elementary
Springboro, OH 45066

### Incident Details

| Environment | Region | Weather Conditions |
|---|---|---|
| Urban | 6 | Clear |

**Summary**
High speed pursuit with subject resisting arrest after stop.

### Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark/Spike | | 3/1/06  1:19 | 3/1/06  2:00 |

### Incident Activities

**Team Name**
Clark/Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| BITE | Apprehension | 1.00 | PERS | No |
| Comments | Left Shoulder Bite | | | |

### Incident Names

**Name Type**   Charged

**Name**
Mr, Ronald Bradley

**Address**
53 North Collier
Xenia, OH 45385

**Comments**
Deep punctures to left shoulder area

### Incident Narratives

**Team   Clark/Spike**

High speed pursuit initiated by Green County SO and Xenia Police Pursuit was terminated by Greene County and later picked up by Lt. Hatfield of the Warren County Sheriffs Office. The suspect vehicle was pursued south on Rt 42 and then West on Rt 73. I set up with stop sticks at Rt 73 and Red Lion Five Points Rd. The suspect vehicle was hit with stop sticks three times before reaching my location by Deputy Smith, Officers Anderkin and Martin, I was able to throw one stick out successfully striking the last remaining tire I joined the pursuit which continued west on 73 and per Lt. Hatfield's request I moved up behind the lead vehicle in case the suspect was to crash and flee on foot. The pursuit continued west until reaching 741 and proceeded south on 741 to west on North St. and then north on Florence where the suspect stopped in the parking lot of Jonathan Wright Elementary. I immediately deployed PSD Spike on a harness and looked to see

DEFENDANTS' DISCOVERY
RESPONSES 01022

Page 1 of 2

---

### K9 Deployment Report

Springboro Police Department

---

if the suspect was going to attempt to flee on foot The suspect did not flee but refused to come out of the vehicle. The suspect was forcefully removed from the vehicle where he began physically fighting and resisting officers The suspect was tased but the prongs did not make contact with his skin and he was not affected The suspect tucked his hands under his body and would not show his hands I then gave PSD Spike the command to go forward and he bit the suspect on the left shoulder. The suspect immediately showed his hands upon being bitten and started complying. PSD Spike was then choked off the bite and the suspect was handcuffed Upon a search of the suspect it was discovered that he had a knife in his pocket The suspect sustained deep punctures to the left shoulder and was treated by Clearcreek Ems who transported him to Bethesda Warren County. The use of PSD Spike in this instance outperformed the use of the taser due to the heavy coat the suspecct was wearing The use of PSD Spike stopped the resistance immediately.

---

**Incident Vehicles**

| Licence Plate | Year | Make | Model | Color |
|---|---|---|---|---|
| DQP6881 | 1999 | Dodge | Minivan | White |

Handler _____     Supervisor _SGT. Jeff A. Young_

## K9 Deployment Report

**Springboro Police Department**

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 005164 | 6/19/2005  8:23:16PM | Warrant | |

**Location**
Creekside Dr & N Pioneer Blvd
Springboro, OH 45066

### Incident Details

| Environment | Region | Weather Conditions |
|---|---|---|
| Suburban Residential | 4 | Cloudy |

**Summary**
Felony Stop on vehicle containing a male with a felony warrant

### Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark/Spike | | 6/19/05  20:23 | 6/19/05  20:47 |

### Incident Activities

**Team Name**
Clark/Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| APPNB | Apprehension- No Bite | 300.00 | Ft | No |

**Comments**

### Incident Names

| Name Type | Charged |
|---|---|

**Name**
Mr, Derrick Winstead

**Address**
220 Bridge St Apt A
Franklin, OH 45005

47 Woodhill Dr
Springboro, OH 45066

**Comments**

### Incident Narratives

**Team**  **Clark/Spike**

On 6-19-05 I was advised by dispatch that Detective Parker was following a vehicle containing a Derrick Winstead who was wanted by the Warren County Sheriffs Office for probation violation Detective Parker contacted me by cellular phone and informed me that the vehicle was traveling north on N. Pioneer. Officer Anderkin and I both performed a felony stop on the vehicle and immediately the wanted suspect stepped out of the passenger side of the vehicle I ordered Mr. Winstead to put his hands in the air and he complied I then ordered Mr. Winstead to turn around and face away from me and he did so for a brief moment but then turned around and started

## K9 Deployment Report

Springboro Police Department

asking what he did. I ordered Mr. Winstead to walk backwards and warned him that if he did not comply I would send my police canine I warned Mr. Winstead three times to walk backward or I would send the dog. Mr. Winstead did not comply and then fled from the vehicle towards the apartment complex. PSD Spike began to bark as soon as Mr. Winstead ran and I hit my emergency door popper for PSD Spike to be released. Unknown to me Officer Anderkin had started chasing Mr. Winstead and crossed into the path of PSD Spike. PSD Spike targeted Officer Anderkin and engaged him. I ordered PSD Spike to down and not bite. Officer Anderkin was bitten slightly on the hand with minor injury. Mr. Winstead ran around an apartment building and entered an apartment uninvited and told the occupants not to answer their door Mr. Winstead hid in an upstairs closet. The occupants let us into the apartment where Mr. Winstead was placed into custody. Mr. Winstead claimed that PSD Spike bit him but at no time did I observe PSD Spike bite Mr. Winstead. Mr. Winstead had a slight scratch on his forearm but no blood. This was most likely a result of Mr. Winstead hiding in the apartment.

Handler _____     Supervisor _____ 123

Charges will be filed 6-20-05

6-23-05

## K9 Deployment Report

**Springboro Police Department**

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 0600268 | 1/8/2006 3:34:49AM | ASSIST OS | |

**Location**
317 W St Rt 122
Lebanon, OH 45036

## Incident Details

| Environment | Region | Weather Conditions |
|---|---|---|
| Rural Residential | | Clear |

| Summary |
|---|
| Pursuit ending in Clearcreek driver fled from vehicle |

## Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark/Spike | | 1/8/06  3:34 | 1/8/06  6:30 |

## Incident Activities

**Team Name**
Clark/Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| SA | Searches - Area(s) | 1.00 | AREA | No |
| Comments | Wrong area due to on-scene officers disobeying orders. | | | |
| TRK-U | Track - Unsuccessful | 1.00 | TRACK | No |
| Comments | Contaminated by on-scene officers. | | | |

## Incident Names

**Name Type** Suspect

| Name | Address |
|---|---|
| Mr, Robert Wagerman | 1044 Eldorado Dr |
| | Kettering, OH 45419 |

**Comments**

## Incident Narratives

**Team**  **Clark/Spike**

On 1-8-06 I was advised that Monroe PD was in pursuit on I-75 northbound at speeds of 115 mph. The vehicle exited at 122 and the vehicle headed east. Sgt. Turpin, Officer Anderkin, and myself positioned ourselves on 741 with stop sticks in case the vehicle went north. The suspect was wanted on several felony charges and had already eluded Miami Township Police earlier in the evening during a pursuit. At some point the suspect vehicle ran over placed stop sticks and the driver eventually had to come to a stop near 317 W St Rt 122. The driver fled the vehicle in

## K9 Deployment Report

**Springboro Police Department**

an unknown direction and was already out of sight when Sgt Hensley, the first on scene, arrived. Sgt. Hensley immediately called for PSD Spike and myself to respond for a track I advised the units that were on the way to start a large perimeter before my arrival Several Warren County Deputies arrived on the scene before I did and Sgt. Hensley informed them that a K9 was on the way and to start a perimeter. The Deputies disregarded Sgt. Hensley's request and ran in different directions on foot through the yards near the vehicle I then arrived on scene and deployed PSD Spike in the area attempting to pick up a track PSD Spike began tracking hard to the north between 122 and the Warren County Carrer Center where I located a Warren County Deputy. Any track to the north was contaminated by the deputy at this point and nearly 10 minutes of nose time wasted. I deployed PSD Spike accross the road to the south of 122. PSD Spike began tracking well and lost the track on a concrete driveway. I was unable to locate the track again after this and Sgt. Hensley called for a helecopter to respond. Hamilton County dispatched a helecopter and the suspect was located in a woodline but the pilot had his direction confused Sgt. Hensley advised all units to stay in their vehicles and maintain a perimeter while he was communicating with the helecopter pilot The pilot advised that if Sgt. Hensley. a Monroe unit, and the K9 team would start moving toward the woodline he would shine down the spotlight once we were close to the suspect. We left on foot and made our way toward the treeline The pilot stated we were 15 yards out and that the suspect was now moving I began shouting K9 warnings and sent PSD Spike for a search of the area. Due to the fact that the suspect was no where near us PSD Spike frustrated and came back to me. Sgt. Hensley lurched forward and was bitten by PSD Spike on a gloved hand. I immediately ordered PSD Spike off the bite and continued to move forward. It soon became apparent that the helecopter pilot was not seeing us in his fleer but two Warren County Deputies and one Clearcreek Officer who had disobeyed a direct order from the scene commander to stay in their vehicles. The three officers had left their vehicles and the helecopter pilot was viewing their movements and not ours The suspect was taken into custody by these officers. Due to pure glory seeking these officers accomplished destroying a track causing the scene commander to be bitten, and wasting valuable overtime pay. Sgt. Hensley was wearing kevlar and leather gloves preventing punctures to the hand It should be noted that four hours before the incident occurred PSD Spike performed a training track which was unknown to me of over 1/2 mile. The track was flawless and the decoy was located and apprehended

Handler

Supervisor  SGT. Jeff H. Timm

## K9 Deployment Report

**Springboro Police Department**

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 0605771 | 7/31/2006 3:01:34AM | Pursuit | |

### Location
I-75 & St Rt 123
Franklin, OH 45005

### Incident Details

| Environment | Region | Weather Condition |
|---|---|---|
| Business | | Clear |

**Summary**
Sharonville PD in pursuit of stolen vehicle. Vehicle crashed driver fled on foot, request K9 for track.

### Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark/Spike | | 7/31/06 3:15 | 7/31/06 3:57 |

### Incident Activities

**Team Name**
Clark/Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| BITE | Apprehension | 1.00 | PERS | No |
| Comments | Right knee and thigh | | | |
| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
| TRK-S | Track - Objectives Met | 1.00 | TRACK | No |
| Comments | | | | |

### Incident Names

| Name Type | Suspect | |
|---|---|---|
| **Name** | | **Address** |
| Mr, Michael Dupree | | 3371 Reading Rd Apt 18 |
| | | Cincinnati, OH 445229 |
| **Comments** | | |
| Continued to flee after warnings given | | |

### Incident Narratives

**Team   Clark/Spike**

Upon arrival I discovered a crashed vehicle between the north bound exit ramp to 123 and I-75 in the grassy area. A Sharonville PD Officer was on the scene and stated that one black male had fled from the vehicle on foot toward Wendys. Officer Mike Schartner from Franklin PD and the Sharonville Officer accompanied PSD Spike and myself on the track I casted PSD Spike in the area where the vehicle had crashed and he immediately began tracking hard toward Wendy's and an abandoned truck stop. We crossed the fence and continued to track hard to an area between

DEFENDANTS' DISCOVERY
RESPONSES 01080

## K9 Deployment Report

 Springboro Police Department

Wendy's and MPH Crane. The area consisted of very tall grass and some wooded areas. I began observing tall grass that had been recently layed down and PSD Spike began bounding through the area air scenting. PSD Spike then began back tracking toward MPH Crane and made an immediate left turn toward Dalton Direct Flooring. Once behind Dalton Direct PSD Spike began pulling much harder toward the side of the building. Upon reaching the side of the building PSD Spike's head rose and he came off his feet. I then observed a black male running between two semi trailers. I shouted loudly twice, "Police, stop or I will send the dog." I could not get another warning out as the male had already rounded the corner of the building and was out of my sight. PSD Spike was released and instructed to apprehend. I ran around the corner of the building and observed the male trip and fall to the ground in very tall weeds. PSD Spike had bitten the male on the shoe and before I could reach him he kicked the shoe off. PSD Spike spit the shoe and re-engaged the male on the knee area as he attempted to get back up and run. The male was instructed to place his hands behind his back and he complied. Officer Schartner handcuffed the suspect and PSD Spike was removed from the bite. An ambulance was called to the scene and photos were taken of the injuries before the suspect was transported to Bethesda North Hospital by JEMS escorted by the Sharonville Officer.

Handler _____ 129    Supervisor _____ 124

## K9 Deployment Report

Springboro Police Department

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 0704560 | 6/23/2007 12:40:06AM | ASSIST OS | |

| Location |
|---|
| 805 Union Rd |
| Franklin, OH 45005 |

### Incident Details

| Environment | Region | Weather Conditions |
|---|---|---|
| Urban Residential | | Building Interior |

| Summary |
|---|
| Requested by WCSO to perform a building search of a residence possibly containing an assault and burglary suspect. |

### Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark/Spike | | 6/23/07 1:01 | 6/23/07 1:32 |

### Incident Activities

**Team Name**
Clark/Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| SB | Searches - Building(s) | 1.00 | BLDG | No |

Comments

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| BITE | Apprehension | 1.00 | PERS | No |

Comments

### Incident Names

**Name Type**   Suspect

| Name | Address |
|---|---|
| Schumard, Michiel A | 1003 S River St |
| | Franklin, OH 45005 |

Comments

### Incident Narratives

**Team   Clark/Spike**

I initially met with WCSO and Franklin units at Save A Lot where I was briefed on the call A suspect from an assault was believed to have broken into a residence at 805 Union Rd and was possibly hiding inside the residence. The suspect was believed to be armed with a knife and possibly under the influence of methamphetamine A perimeter was established around the residence and the homeowner opened the door for us The homeowner stated that no one else had permission to be inside the residence. Audible K9 warnings were shouted inside the residence

*Kats (c) 2002 Version 3.0*

*Tuesday, July 10, 2007*

DEFENDANTS' DISCOVERY
RESPONSES 01182

## K9 Deployment Report

Springboro Police Department

and I received no response. PSD Spike was then sent in for a search of the residence. Once the lower floor was cleared PSD Spike worked his way up the stairs where Deputy Black and I again announced ourselves as police officers with no response. There were three bedrooms on the upper floor and all three doors were shut. The first two rooms were cleared and we made our way to the third bedroom located toward the front portion of the residence. I opened this door and PSD Spike entered the room. PSD Spike first went to the left rear corner and began his search from there. I then shined my flashlight in the room and observed a male matching the description of the suspect laying in a bed shirtless with his hands behind his head and under a pillow I ordered the subject to show me his hands and he stared at me blankly. Deputy Black also ordered the suspect to show his hands and he still did not comply. I ordered PSD Spike to engage the suspect after failing to show his hands. PSD Spike engaged the suspect in the right portion of the chest just above the nipple and pulled him off of the bed. The suspect then began trying to pry PSD Spike's mouth off of him and started kicking his feet at me I ordered the suspect several times to stop fighting my dog and he continued his behavior of trying to pry Spike from the bite The suspect then reached his right hand up toward the front of the bed as if he were reaching for something. I ordered the suspect to keep his hand where I could see it and he continued to reach for the front portion of the bed. It was approximately this time that the skin on the suspects chest tore free and PSD Spike engaged his right arm. The suspect then began fighting harder and grabbed PSD Spike's muzzle squeezing it tight. The suspect was ordered to stop fighting my dog again and he finally decided to give up. I informed the suspect that he would need to remove his hand from PSD Spike's face before I could call him off the bite. The suspect removed his hand and PSD Spike was immediately outed from the bite. The suspect was taken into custody without further incident. After being taken into custody the suspect was asked why he did not acknowledge my warnings and he stated that he did not hear me This seemed odd due to the fact that many neighbors in the area did hear me and came outside to see what was happening The suspect was then transported by ambulance to Middletown Hospital where he was treated for his injuries.

Handler _____     Supervisor _____

## K9 Deployment Report

Springboro Police Department

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 0705725 | 8/4/2007 12:10:26AM | ASSIST OS | |

**Location**
300 Industry Dr & 561 Elm Dr
Carlisle, OH 45005

### Incident Details

| Environment | Region | Weather Conditions |
|---|---|---|
| Suburban Residential | | Cloudy |

**Solution**
Requested by Carlisle PD to attempt a track of a subject with a felony warrant who had fled on foot.

### Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark Spike | | 8/4/07 0:16 | 8/4/07 1:13 |

### Incident Activities

**Team Name**
Clark Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| PERIMETER | Assist in perimeter | 1.00 | EV | No |
| **Comments** | | | | |
| TRK-S | Track - Objectives Met | 1.00 | TRACK | No |
| **Comments** | | | | |
| SB | Searches - Building(s) | 1.00 | BLDG | No |
| **Comments** | | | | |
| BITE | Apprehension | 1.00 | PERS | No |
| **Comments** | | | | |

### Incident Names

| Name Type | Suspect |
|---|---|

**Name**
Turner, Robert Preston

**Address**
165 E Second St
Franklin, OH 45005

**Comments**
Subject vomited all over himself.

### Incident Narratives

---

*Kats (c) 2002 Version 3.0*

*Saturday, August 4, 2007*

DEFENDANTS' DISCOVERY
RESPONSES 01184

Page 1 of 2

## K9 Deployment Report

**Springboro Police Department**

**Team   Clark/Spike**

Upon arrival I was advised by Officer Flora that there was a perimeter in place and provided a description of the suspect. I was advised that the suspect had a felony warrant and had fled on foot headed east. The subject had been hit with a taser to no effect and had pulled the probe out before running. I began the track where the officers had last seen the suspect(Robert Turner) and PSD Spike began tracking hard to the east accross the railroad tracks. After crossing the railroad tracks we crossed a fence and PSD Spike began tracking down an old set of railroad tracks which ran parralel to Elm Dr. PSD Spike tracked down the tracks for approximately 100 yards and made an abrubt left turn through the woodline and into the backyard of 561 Elm Dr. Upon entering the back yard of the residence I observed a large male subject in the rear window look out at us and then turn and run towards the front of the house Several more officers arrived at the residence and a perimeter was established. Just as the perimeter was put into place I observed all of the lights in the residence go out. Sgt. Slyder and Officer Shartner knocked on the front door for several minutes and also had the dispatch center call the residence. A short time later a young male opened the front door and spoke to the officers. The young male advised that noone else was in the residence and he did not care if they looked. I was advised by a Carlisle officer that he belived there may be guns inside the residence also. I approached the front door with PSD Spike and the young male stated that his father was inside the residence and that his father was the person we were looking for. I shouted very loud audible K9 warnings into the residence and received no response from anyone. The warnings were captured on the audio portion of my in-car video system at approximately 0043. After recieving no response I deployed PSD Spike into the residence and he immediately alerted on a closed door. I attempted to open this door, which was not locked but it was clear that someone was holding it shut from the inside I pushed the door hard and it opened enough to reveal a tattooed forearm pushing against me PSD Spike got enough of his head in the crack to bite the forearm and the man started screaming The male then tried to shut the door on PSD Spike's head and I threw my shoulder into the door forcing it all the way open. PSD Spike then re-engaged the suspect high in the bicept area and the suspect began vomiting all over himself. The suspect was ordered out of the bathroom and into the hallway where he gave up and PSD Spike was removed from the bite. The suspect was taken into custody and two other males in the rear bedrooms and decided to announce themselves at this time These suspects gave up without incident. The male subject who was apprehended by PSD Spike was the same suspect who had ran from Carlisle PD earlier. Mr. Turner still had a blood spot on his leg from the taser probe and several cuts on his stomach most likely from running through the woods and crossing fences. Photos were taken and Mr. Turner was transported to the hospital to be treated.

Handler _____     Supervisor _____

## K9 Deployment Report

Springboro Police Department

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 0705726 | 8/4/2007 1:50:39AM | ASSIST OS | |

### Location
Lyons Rd & Washington Church
Miamisburg, OH 45342

### Incident Details

| Environment | Region | Weather Conditions |
|---|---|---|
| Urban | | Cloudy |

**Summary**
Requested by Miami Township PD to attempt a track of two subjects who fled from a vehicle on foot.

### Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark/Spike | | 8/4/07  1:55 | 8/4/07  2:55 |

### Incident Activities

**Team Name**
Clark/Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| BITE | Apprehension | 1.00 | PERS | No |
| **Comments** | | | | |
| TRK-S | Track - Objectives Met | 1.00 | TRACK | No |
| **Comments** | | | | |
| TRK-U | Track - Unsuccessful | 1.00 | TRACK | No |
| **Comments** | | | | |

### Incident Names

**Name Type**   Charged

**Name**
Cohn, Chad

**Address**
1191 Redbluff Dr A
Moraine, OH 45449

**Comments**

### Incident Narratives

**Team**   Clark/Spike
Upon arrival I learned that an officer had attempted a traffic stop on a vehicle and the vehicle fled causing a short pursuit. The vehicle was occupied by two white males and they pulled into a

**K9 Deployment Report**                    Springboro Police Department

parking lot where both fled on foot in different directions Right before deploying PSD Spike to attempt a track an officer advised that he was in foot pursuit with one of the subjects headed north accross Lyons Rd. The Officer lost the subject in the woodline north of Lyons Rd and just east of my location. I responded to meet the officer who accompanied me on the track PSD Spike was deployed where the subject was last seen and began tracking north into the woods PSD Spike tracked hard through the woods, through a creek bed, and out into the rear yards of an apartment complex. PSD Spike tracked accross the rear of the complex for approximately 600 yards and made an abrubpt turn to the west between the buildings PSD Spike tracked accross the asphalt parking lot and onto a sidewalk where he stopped at a large bush and began airscenting. PSD Spike then back-tracked towards a maintenence stairwell leading toward the basement of the building. I shined my light down the stairwell and at the bottom was a white male laying on his back covered in mud and soaked in water. I ordered the male to put his hands up where I could see them or I would send the dog. The male complied and put his hands in the air. I then ordered the male to roll onto his stomach and face away from me and not to put his hands down The male rolled onto his stomach and in one very quick motion plunged his right hand into his pocket and started to roll back to his back. PSD Spike was released and engaged the suspect on the right calf area of his leg. The subject screamed, removed his hand from his pocket, and the backup officer and I approached him with guns drawn The suspect was placed into custody and PSD Spike was removed from the bite. A later search of the suspect revealed a very large bag of powder cocaine in his front right pocket The suspect was transported to the hospital and photos were taken of his injuries. I attempted a track of the second subject but was unsuccessful in locating him. The second suspect forced entry into a retirement home while fleeing He was identified as Jeremy Gibbs of Elmwood Dr in Springboro Miami Township has felony burglary charges on Mr. Gibbs.

Handler                                     Supervisor _____

DEFENDANTS' DISCOVERY
RESPONSES 01199                Page 2 of 2

## K9 Deployment Report

**Springboro Police Department**

| Incident Num | Date/Time | Type | UCR Code |
|---|---|---|---|
| 0707818 | 10/21/2007 2:22:33AM | BURGLARY-R | |

**Location**
145 E North St
Springboro, OH 45066

### Incident Details

| Environment | Region | Weather Conditions |
|---|---|---|
| Suburban Residential | 2 | Clear |

**Summary**
Dispatched to a possible fight which turned out to be an attempted burglary with evidence of attempted forced entry.

### Incident Deployment

| Team Name | Callout Time | Deployment | Clear Time |
|---|---|---|---|
| Clark/Spike | | 10/21/07  2:29 | 10/21/07  4:12 |

### Incident Activities

**Team Name**
Clark/Spike

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| BITE | Apprehension | 1.00 | PERS | No |

**Comments**  left leg bite

| Activity Code | Activity Description | Count | Unit Code ID | Search Warrant |
|---|---|---|---|---|
| TRK-S | Track - Objectives Met | 1.00 | TRACK | No |

**Comments**   suspect hiding under tree, leaves, sticks/logs

### Incident Names

**Name Type**   Charged

**Name**
Campbell, Samuel Allen

**Address**
11 Dunnington Ct
Springboro, OH 45066

**Comments**

### Incident Narratives

**Team   Clark/Spike**

On above time and date Officer Anderkin and myself were dispatched to a possible domestic in progress at 145 E North St. Upon arrival the neighbors advised us that there was a male subject banging very loudly on his neighbors door. The neighbor advised that he believed the person was trying to break into the residence. He (the neighbor) went on to say that someone had previously broken into the residence. I looked at the front door and observed that there was extensive damage to the storm door and it was crushed in, the hinges were bent and the handle was

---

*Kats (c) 2002 Version 3.0*

*Sunday, October 21, 2007*

| K9 Deployment Report | Springboro Police Department |
|---|---|

broken/not woking properly. When I looked at the side of the residence I noticed what appeared to be a place where someone had urinated on the side of the house The neighbor advised us that when the suspect had heard our sirens he ran from the front of the house I deployed PSD Spike on the east side of the residence and he immediately began tracking hard southwest accross the back yard of the residence where I observed the rear door of the residence had also been tampered with and left open. PSD Spike tracked approximately 100 yards before reaching a fence and air-scenting. PSD Spike began attempting to scale the fence which was approximately six feet high. I informed officer Anderkin that I believed the suspect was somewhere near on the opposite side of the fence. PSD Spike then came down hard to the left, under a tree and some logs which were next to a detached garage and engaged the suspect on the lower portion of the calf. The suspect began kicking his legs back and forth and I ordered him very loudly to show me his hands. The suspect kicked several more times making contact with PSD Spike on the head with his right foot. PSD Spike came off the initial bite and engaged the suspect higher on the thigh to avoid being kicked any further. The suspect then immediately complied and put his hands up. PSD Spike was then immediately removed from the bite After the suspect was taken into custody I asked him why when we were right next to him he didn't just give up. The suspect stated that he was asleep. The suspect was transported to Middletown Hospital where he was treated. I responded to the hospital to photograph the injuries and further question the suspect At the hospital the suspect stated to me in front of hospital staff that he ran because he was afraid he was going to be taken to jail. He further stated after looking at his leg, that he wished he would have just screamed at me when he saw the dog coming toward him I then asked the suspect why he had not just given up before being bitten and he said that he didn't know but if he could do it all over again he would have yelled at me because that was one"bad ass dog". The suspect stated that he had made a bad decision and that he was just trying to give the homeowner her keys back I informed the suspect that he would be facing attempted burglary charges and released him at the hospital.

Handler _____        Supervisor _____

DEFENDANTS' DISCOVERY
RESPONSES 01220

**SPRINGBORO DIVISION OF POLICE • 320 W CENTRAL AVENUE • SPRINGBORO, OH 45066**
**JEFFREY KRUITHOFF, POLICE CHIEF**
**PHONE: (937) 748-0611 • FAX: (937) 748-3214**

## ADMINISTRATIVE

INCIDENT NUMBER  0707818  GEO CODE  District 2

| | | | |
|---|---|---|---|
| TIME OF DISPATCH   02:21 | REPORT TYPE | CASE CLEARANCE | |
| TIME OF ARRIVAL     02:25 | ☐ Incident | ☐ A – Death of Suspect | ☐ G – Arrest/Juvenile |
| TIME OF CLEARANCE 04:00 | ☒ Offense | ☐ B – Prosecution Declined | ☐ H – Warrant Issued |
| | ☐ Supplement | ☐ C – Extradition Denied | ☐ I – Invest Pending |
| CLEARANCE DATE | | ☐ D – Victim Refused to Cooperate | ☐ J - Closed |
| CLEARED BY | | ☐ E – Juvenile/No Custody | ☐ K - Unfounded |
| | | ☐ F – Arrest/Adult | ☐ U – Unknown |

REPORT DATE            10/21/2007
OCCURRED FROM DATE     10/21/2007
OCCURRED FROM DATE     10/21/2007    OCCURRED FROM TIME     02:21
OCCURRED TO DATE       10/21/2007    OCCURRED TO TIME       02:21

INCIDENT LOCATION 145 East North St. Springboro, Ohio 45066

## OFFENSE SECTION

| OFFENSE DESCRIPTION | OFFENSE CODE | ATTEMPTED/ COMPLETED | FELONY/ MISDEMEANOR | HATE/ BIAS | THEFT TYPE ACTIVITY |
|---|---|---|---|---|---|
| 1 Burglary | 2911.12 | C | F | No | |
| 2. Vandalism | 2909.05 | C | F | No | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

HATE/BIAS TYPE
☐ Yes  ☒ No  ☐ Anti-

LARCENY TYPE            SUSPECTED OF USING                  TYPE WEAPON/FORCE USED
N/A                     N/A                                 ☐

METHOD OF ENTRY   METHOD OF ENTRY-MOTOR VEHICLE THEFT

METHOD OF ENTRY-BURGLARY/B&E

| Entry | Exit | Entry | Exit | Entry | Exit |
|---|---|---|---|---|---|
| 2 1st Floor | | 1 Door | | 1 Front | |

LOCATION TYPE FOR OFFENSE
Duplex

## VICTIM

NO. 1    TOTAL VICTIMS 2    VICTIM TYPE I Individual

NAME Lisa K Parker
ADDRESS 145 E North St Springboro, Ohio 45066
EMPLOYER NAME                                               PHONE        -        -
EMPLOYER ADDRESS
RESIDENT STATUS ☒ 1 Resident  ☐ 2 Tourist  ☐ 3 Military  ☐ 4 Student  ☐ 5 Other  ☐ 6 Unknown    PHONE        -        -        EXT
DATE OF BIRTH ~~REDACTED~~/1982    AGE 25    SEX F    RACE W White
HAIR BLN Blond              EYES BLU Blue
SOCIAL SECURITY NUMBER     REDACTED
OCCUPATION
VICTIM INJURED? ☐ Yes  ☒ No        If Injured, describe
AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES
VICTIM/SUSPECT RELATIONSHIP
boyfriend/childs father
VICTIM/OFFENSE LINK

DEFENDANTS' DISCOVERY
RESPONSES 01221

## REPORTEE

NAME Kenneth Simpson
ADDRESS 143 E North St Springboro, Ohio 45066                          PHONE    -    -

DATE OF BIRTH ~REDACTED~/1964          AGE 43      SOCIAL SECURITY NUMBER    REDACTED

EMPLOYER NAME
EMPLOYER ADDRESS                                          PHONE    -    -      EXT

STATEMENT OBTAINED? ☐ NO ☒ YES Oral

## VEHICLE

CHECK CATEGORIES        ☐ Stolen        ☐ Recovered    ☐ Impounded  ☐ Received    ☐ Suspect's Vehicle
                        ☐ Victim's Vehicle             ☐ Unauthorized Use        ☐ Abandoned

NO.  DAMAGE TO VEHICLE ☐ Yes ☐ No  THEFT FROM VEHICLE ☐ Yes ☐ No

LICENSE PLATE          STATE        EXPIRATION        PLATE TYPE
VIN NO                                                VEHICLE VALUE
VEHICLE YEAR          MAKE                MODEL          STYLE          COLOR

VEHICLE LOCKED ☐ Yes ☐ No      KEYS IN VEHICLE ☐ Yes ☐ No      HOLD VEHICLE ☐ Yes ☐ No
RELEASE CONTENTS ☐ Yes ☐ No    VEH ASSOC W/ SUSPECT NO        VEH ASSOC W/ VICTIM NO

VEHICLE TOWED ☐ Yes ☐ No      TOWED BY                OWNERSHIP VERIFIED BY

NO STOLEN   AREA STOLEN ☐ Business ☐ Residential ☐ Rural
ADDITIONAL
AUTO INSURER NAME/ADDRESS/PHONE                                -    -

NO RECEOVERED    DATE RECOVERED      STOLEN YOUR JURISDICTION ☐ Yes ☐ No
WHERE RECOVERED

## PROPERTY

TOTAL VALUE
LOSS CODE    4 Destroyed/Damaged/Vandalized        Quantity 1      If Drug/Narcotic              Description
Screen Door
PROPERTY CODES Household Items
VICTIM NO 2    VEHICLE NO        MAKE/BRAND      MODEL      DATE RECOVERED
SERIAL NO        NCIC NO          OTHER NO              VALUE $0.00
*******************************************************************************************
TOTAL VALUE
LOSS CODE        Quantity    If Drug/Narcotic        Description
PROPERTY CODES
VICTIM NO.    VEHICLE NO        MAKE/BRAND      MODEL      DATE RECOVERED
SERIAL NO        NCIC NO          OTHER NO              VALUE
*******************************************************************************************
TOTAL VALUE
LOSS CODE        Quantity    If Drug/Narcotic        Description
PROPERTY CODES
VICTIM NO    VEHICLE NO        MAKE/BRAND      MODEL      DATE RECOVERED
SERIAL NO        NCIC NO          OTHER NO              VALUE

## ADMINISTRATIVE

REPORTING OFFICER H Anderkin        BADGE NO. 132        DATE 10/21/2007
APPROVING OFFICER                    BADGE NO. 124        DATE 10-21-07

FOLLOW-UP ☐ Yes ☐ No    If yes, follow-up assignment

ADDITIONAL SUPPLEMENTS                          FORM RECEIVED BY
☒ Victim/Witness    ☒ Suspect/Arrestee    ☒ Property        ☐

DEFENDANTS' DISCOVERY
RESPONSES 01222

☒ Narrative   ☒ Statements   ☐ Other

| NARRATIVE |
|---|

On 10-21-2007, I responded to 145 East North St in reference to a possible domestic in progress. While en route, dispatch indicated that the neighbor made the call and that there had been previous calls to the above address for domestic violence.

Upon arrival, the complainant, who stated that a person was beating the front door and that the victim had previously told him that the suspect was going to kill her, met me. He stated that he has had conversations with the victim several times and advised her that he would call the police if he heard anything unusual. The complainant also explained that an unidentified person had broken into the above address two weeks prior when the victim was not home.

At this time, officer Clark and myself began to examine the door. I noticed that the front screen door had been kicked in and was damaged. I attempted to turn the knob on the front door but it was locked and felt like it had been kicked or an attempt to break the door down was made due to the way it shook back and forth in the frame. I walked to the east side of the residence and noticed fresh footprints leading south through the yard and I observed what appeared to be urine on the wall of the same side of the house. I gave further details to dispatch and attempted to make contact with the victim. After no answers, I was able to look in the front window and I noticed a female lying on the bed. The female was covered to her head with sheets and all I could see is her blond hair. I hit the frame of the window and knocked several times but the female did not acknowledge or move. At this time I assisted officer Clark on a K-9 track.

The K-9 led us directly to the rear yard, where I noticed that the rear door had been damaged with items lying beneath. The K-9 responded straight to the yard directly behind the above address, where the suspect was located, lying face down and attempting to hide under a tree and leaves. The suspect was given commands but he failed to comply. The suspect suffered a dog bite to his left calf area and he was subsequently hand-cuffed, read his Miranda Rights, and walked to the police cruiser. While waiting for a medic for the suspect's injuries, he stated that he was drinking beer at the bar down the street and was there to wake his girl friend up after initially denying being there. He stated that he was knapping in the yard and that is why he did not respond to our commands.

After several attempts, we were able to contact the victim. She stated that she was at the bar with the suspect earlier and a verbal argument ensued and that is when she left to the residence. She stated that they do have a child together and that she was ignoring him when he was attempting to contact her.

The suspect was transported to the Middletown Hospital for medical treatment. Officer Clark also responded to Middletown Hospital to continue the investigation.

Attached are pictures of the damage caused to the residence and the injuries the suspect suffered.

These events occurred in the City of Springboro, County of Warren, State of Ohio.

Ptl Anderkin/132.

DEFENDANTS' DISCOVERY
RESPONSES 01223

## SUSPECT/ARREST SUPPLEMENT

ARRESTING AGENCY Springboro     INCIDENT NO 0707818
VICTIM 2     OFFENSE Burglary     INCIDENT DATE 10/21/2007     INCIDENT TIME 02:21

NO 1   ☒ ADULT ☐ JUVENILE    CATEGORY Arrestee     CHARGES ☒ Yes ☐ No

NAME/DESCRIPTIVES
Name Campbell, Samuel A                 SSN    REDACTED
Alias
Gang Affiliation ☐ No ☐ Yes Name
Address 11 Dunnington Ct Springboro, Ohio 45066      Phone   -   -
Employer Name and Address                     Phone   -   -
Place of Birth    Operator's License RP747330    Occupation/Sshool
Age 32 Date of Birth   '1974 Sex Male    Race White    Height 604 Weight 265
Hair BRO Brown         Eyes HAZ Hazel        Marital Status S Single      Scars,   Marks,
Tattoos
Additional Descriptives
Suspected of Using ☒ Alcohol ☐ Drugs    Potential Injuries dog bite      Resident Status 1 Resident
Armed ☒ No ☐ Yes

ASSOCIATED PERSONS
1. Name            Address            Phone
2. Name            Address            Phone

ARREST INFORMATION
1. Arrest/Offense Description Burglary      Arrest/Offense Code 2911.12    Warrant No
Felony/Misdemeanor F-3 Felony-Third Degree      Arrest Larceny Type
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. Arrest/Offense Description Vandalism      Arrest/Offense Code 2909.05    Warrant No
Felony/Misdemeanor F-5 Felony-Fifth Degree      Arrest Larceny Type
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1. Arrest/Offense Description      Arrest/Offense Code    Warrant No
Felony/Misdemeanor      Arrest Larceny Type
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

1. Arrest/Offense Description      Arrest/Offense Code    Warrant No
Felony/Misdemeanor      Arrest Larceny Type
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

1. Arrest/Offense Description      Arrest/Offense Code    Warrant No
Felony/Misdemeanor      Arrest Larceny Type

Arrest Date 10/21/2007   Time 02:34     Arrest Location 145 East North St
Incident Tracking No (ID) 21-   -     Arrest Disposition M Hospital      Bail Amount

Miranda Witness By Ptl Clark    Time Read 02:34
Fingerprinted ☒ No ☐ Yes Card No         Photos Taken ☐ No ☒ Yes No Taken    Photo ID No

Multiple Arrestee Indicator              Arrest Type 2 Crime in Progress

JUVENILE
Parent/Guardian Notified ☐ No ☐ Yes   Date Notified      Time Notified      Notified by
Disposition ☐ Handled within Department ☐ Referred to Other Authorities

Parent/Guardian Name and Address           Phone   -   -    Relationship
Parent/Guardian Name and Address           Phone   -   -    Relationship
RUNAWAY/MISSING INFORMATION
Previous Runaway ☐ No ☐ Yes    Date Last Contact    Date of Emancipation
NCIC No.      Date/Time Entered      Last seen wearing

REPORTING/ARRESTING OFFICER Anderkin      BADGE NO 132.      DATE 10/21/2007
APPROVING OFFICER                 BADGE NO      DATE

DEFENDANTS' DISCOVERY
RESPONSES 01224

COURT                  COURT DATE

## VICTIM SUPPLEMENT

NO. 2    TOTAL VICTIMS 2     VICTIM TYPE O Other

NAME Hhungalia, Amarshi A
ADDRESS 45 Roundtree Ct Springboro, Ohio 45066            PHONE 937-748-2385
EMPLOYER NAME
EMPLOYER ADDRESS                 PHONE   -   -
RESIDENT STATUS ☒ 1 Resident   ☐ 2 Tourist   ☐ 3 Military   ☐ 4 Student   ☐ 5 Other   ☐ 6 Unknown

DATE OF BIRTH REDACTED/1944   AGE 63     SEX M      RACE U Unknown
HAIR BLK Black     EYES BRO Brown
SOCIAL SECURITY NUMBER   REDACTED

OCCUPATION Landlord

VICTIM INJURED? ☐ Yes ☒ No     If Injured, describe

AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES

VICTIM/SUSPECT RELATIONSHIP

| | | | |
|---|---|---|---|
| ☐ SE Spouse | ☐ SC Stepchild | ☐ HR Homosexual Partner | ☐ Victim was |
| ☐ CS Common Law Spouse | ☐ SS Stepsibling | ☐ XS Ex-Spouse | Offender |
| ☐ PA Parent | ☐ OF Other Family Member | ☐ EE Employee | |
| ☐ SB Sibling | ☐ AQ Acquaintance | ☐ ER Employer | |
| ☐ CH Child | ☐ FR Friend | ☒ OK Otherwise Known | |
| ☐ GP Grandparent | ☐ NE Neighbor | ☐ SU Student | |
| ☐ GC Grandchild | ☐ BE Babysittee (The Baby) | ☐ TE Teacher | |
| ☐ IL In-Law | ☐ BG Boyfriend/Girlfriend | ☐ ST Stranger | |
| ☐ SP Stepparent | ☐ CF Child of Boyfriend/Girlfriend | ☐ U Unknown | |

VICTIM/OFFENSE LINK 1  2
***********************************************************************************************************

NO.    TOTAL VICTIMS     VICTIM TYPE

NAME
ADDRESS                 PHONE   -   -
EMPLOYER NAME
EMPLOYER ADDRESS                 PHONE   -   -   EXT
RESIDENT STATUS ☐ 1 Resident   ☐ 2 Tourist   ☐ 3 Military   ☐ 4 Student   ☐ 5 Other   ☐ 6 Unknown

DATE OF BIRTH     AGE     SEX     RACE
HAIR         EYES
SOCIAL SECURITY NUMBER   -   -

OCCUPATION

VICTIM INJURED? ☐ Yes ☐ No     If Injured, describe

AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCES

VICTIM/SUSPECT RELATIONSHIP

| | | | |
|---|---|---|---|
| ☐ SE Spouse | ☐ SC Stepchild | ☐ HR Homosexual Partner | ☐ Victim was |
| ☐ CS Common Law Spouse | ☐ SS Stepsibling | ☐ XS Ex-Spouse | Offender |
| ☐ PA Parent | ☐ OF Other Family Member | ☐ EE Employee | |
| ☐ SB Sibling | ☐ AQ Acquaintance | ☐ ER Employer | |
| ☐ CH Child | ☐ FR Friend | ☐ OK Otherwise Known | |
| ☐ GP Grandparent | ☐ NE Neighbor | ☐ SU Student | |
| ☐ GC Grandchild | ☐ BE Babysittee (The Baby) | ☐ TE Teacher | |
| ☐ IL In-Law | ☐ BG Boyfriend/Girlfriend | ☐ ST Stranger | |
| ☐ SP Stepparent | ☐ CF Child of Boyfriend/Girlfriend | ☐ U Unknown | |

DEFENDANTS' DISCOVERY
RESPONSES 01225





DEFENDANTS' DISCOVERY
RESPONSES 01226

**SUPERVISOR'S PRELIMINARY USE OF FORCE INVESTIGATION**          Internal Review Number:

| Date | Time | Incident # | Location |
|------|------|-----------|----------|
| 07 | 02:21 | 0707818 | 145 E. NORTH ST. |

Subject's Name: (Last) CAMPBELL   (First) SAMUEL   Sex: M   Race: W   Hgt: 6'04   Wgt: 265

Address: 11 DUNNINGTON CT   SS #:   REDACTED   DOB: REDACTED 74

City: SPRINGBORO   State: OH   Zip: 45066   Phone:

Charges: BURGLARY, VANDALISM

Injuries to Arrested: LEFT CALF, LEFT THIGH
Treating Hospital: MIDDLETOWN HOSPITAL   Admitted: ☐   Doctor: E/R DOCTOR (UNKNOWN)
Medical Release Obtained: ☐   ☐ Release Left at Hospital

**Notification:**
Operations Commander Notified: ☐   Time & by Who:
Police Chief Notified: ☐   Time & by Who:
Shift Sergeant Notified: ☑   Time & by Who: 0612 PTL BUSH

Chemical Irritant Use: ☐ Yes ☑ No   Physical Force/Skill: ☐ Yes ☑ No   Asp: ☐ Yes ☑ No

| **Verbalization** | **Mace Effectiveness** | **Contributing Factors** | **Permitted to Wash Face** |
|---|---|---|---|
| ☐ Asked | ☐ Immobilized | ☐ Mental Illness | ☐ Yes |
| ☐ Told | ☐ No Effect | ☑ Alcohol | ☐ No |
| ☑ Demanded | ☐ Partial Effect | ☐ Drugs | ☐ Refused |
| Total: 1 | ☐ Defective | | ☐ Treated at Hospital |

| **Subject's Noncompliance** | **Subject's Preattack Posture** | **Initial Contact Code** |
|---|---|---|
| ☐ Resistive Tension | ☐ Fighting Stance | ☑ Call for Service |
| ☑ Conspicuously Ignoring | ☐ Hand Set | ☐ Citation Issued |
| ☐ Exaggerated Movement | ☐ Shoulder Shift | ☐ Domestic Violence |
| ☐ Combative/Assaultive | ☐ Target Glance | ☐ Investigation |
| ☐ Armed | ☐ Blank Stare | ☐ Traffic Accident |
| ☐ Excessive Emotional Tension | ☐ Other | ☐ Traffic Stop |
| ☑ Violent History | Desc: | ☐ Investigative Stop |

**Empty Hand Controls:**
☐ Restraining Hold        ☐ Pressure Point
☐ Escort Hold             ☐ Strike
☐ Pain Compliance Hold    ☐ Take Down
☐ Balance Displacement    ☐ Other:

**Firearm Use by Officer:**
☐ Yes ☑ No
☐ Handgun ☐ Shotgun
Make:
Model:
Serial #:

Property Damage: ☑ Yes  ☐ No   If yes, Describe: SUSPECT CAUSED DAMAGE TO A SCREEN DOOR WHILE ATTEMPTING TO GAIN ENTRY TO THE RESIDENCE

**# of Witnesses:**
**Witnesses Listed Below:**

Witness Name: (Last)   (First)   Sex:   Race:   SS #:

Address:   DOB:   Phone:   Relationship:

City:   State:   Zip:   Taped Interview: ☐ Yes ☐ No

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No
If No, explain:

DEFENDANTS' DISCOVERY
RESPONSES 01227

Witness Name: (Last) _____ (First) _____  Sex: ___ Race: ___ SS #: ___

Address: _____  DOB: _____  Phone: _____  Relationship: _____

State: _____  Zip: _____  Taped Interview: ☐ Yes ☐ No

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No

If No, explain: _____

Liquor Permit premise involvement: ☒ No ☐ Yes  If yes, address & Name: _____

Officer(s) Involved Listed Below:

Officer's Name: (Last) ANDERKIN (First) NATHAN Badge: 132 Sex: M Race: W  Unit ID #: ZZ32 (2132)
Duty Status: ☒ Uniform ☐ Non-uniform ☒ On Duty ☐ Off Duty ☐ Off-Duty Detail

Officer's Name: (Last) _____ (First) _____ Badge: ___ Sex: ___ Race: ___  Unit ID #: ___
Duty Status: ☐ Uniform ☐ Non-uniform ☐ On Duty ☐ Off Duty ☐ Off-Duty Detail

Injuries to Officer: _____

Interview of Subject: ☐  Photos: ☐ Yes ☐ No  By: _____
Other Reports: _____  Reporting Supervisor: _____

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No
Force used, as reported above, consistent with Police Division policy: ☒ Yes ☐ No

Narrative Summary – Include detailed description of officers actions: RESPONDED TO A DISTURBANCE CALL, OR WHICH AN UNKNOWN SUSPECT WAS ATTEMPTING TO FORCIBLY GAIN ENTRY INTO A RESIDENCE. UPON OFFICERS ARRIVAL THEY OBSERVED DAMAGE TO A SCREEN DOOR. SUSPECT FLED THE SCENE AND WAS LOCATED, VIA K9 DEPLOYMENT. SUSPECT WAS SUBSEQUENTLY BITTEN DUE TO NOT IDENTIFYING HIS POSITION BEHIND AND UNDER A TREE.

Investigating Supervisor: _Ptl. ⌁⌁Bush_ (PTL. LJ BUSH #124)

Initials: _JB_  Date: _10-21-07_

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No
Force used, as reported above, consistent with Police Division policy: ☒ Yes ☐ No  Supplement attached: ☐

Operations Commander: _____

Initials: _____  Date: _____

☐ Original Delivered to Chief's Office ☐   Copy to Operations Commander ☐

Police Chief's Review: ☐ Approved  ☐ Referred

_____
Chief's Signature

Use of Force Form (Rev 12/00)

DEFENDANTS' DISCOVERY
RESPONSES 01228