

**Springboro Police Department**

**Sergeant A. ZIMMARO**           Patrol

Phone: (513) 748-0611
Fax:   (513) 748-3214

DATE – 12/21/08

TO – Lt. Wheeler

RE – Requested narrative statement

Per your request, here is a narrative statement of a portion of events that took place on 10-11-08 in reference to the prisoner escape and subsequent K-9 track by "Spike" on Deer Trail. Deputy Apking and I went with Officer Clark as back-up officers for the track once the suspect had escaped from the deputy's cruiser. We were down a ways on Deer Trail after a track had led us that way. It had come to the point that "Spike" had lost the track and it appeared the track was going to be called off. Deputy Apking and I were standing on the sidewalk as Officer Clark and "Spike" had wondered into the yard behind us. I started taking notice of an open gate across the street and became temporarily focused on it thinking it might have been an escape route of the suspect. I yelled for Officer Clark, who was now nearing the backyard of the house, to come over and see if he could pick up anything by the open gate. Officer Clark ended up in the backyard of the residence. As I spoke with Deputy Apking on the sidewalk, the next thing I remember hearing was screams from the suspect in the backyard. I do not remember hearing any commands being shouted or anything else from Officer Clark prior to hearing the screams. Deputy Apking and I ran to the backyard and the first thing I saw was the female suspect inside of a children's playhouse being engaged by K-9 "Spike" though a small window in the playhouse. The location of this playhouse was approximately 35 yards from my original location on the sidewalk. This is only a rough estimate of this distance.

Respectfully,

Sgt. A. Zimmaro #127



DEPOSITION EXHIBIT G-23

DEFTS. G-00005