# SUPERVISOR'S PRELIMINARY USE OF FORCE INVESTIGATION

Internal Review Number: _____

| Date | Time | Incident # | Location |
|---|---|---|---|
| 1-08 | 01:2 | 0807507 | 164 Deer Trail |

**Subject's Name:** (Last) Gemperline  (First) Chelsie   **Sex:** F   **Race:** W   **Hgt:** 504   **Wgt:** 115
**Address:** 85 Clearview Dr.
**City:** Springboro   **SS #:** REDACTED   **DOB:** 04-19-90
**State:** OH   **Zip:** 45066   **Phone:** UNK
**Charges:** WCSO has Felony Escape, Underage Consumption, Resisting Arrest, Disorderly Conduct

**Injuries to Arrested:** Yes - dog bite to right leg
**Treating Hospital:** Sycamore
**Medical Release Obtained:** ☐   **Admitted:** ☒   **Doctor:** _UNKNOWN @ TIME OF REPORT_
☐ Release Left at Hospital

**Notification:**
Operations Commander Notified: ☒   Time & by Who: 04:25 Sgt. Zimmaro
Police Chief Notified: ☐   Time & by Who:
Shift Sergeant Notified: ☒   Time & by Who: On Scene

**Chemical Irritant Use:** ☐ Yes ☒ No    **Physical Force/Skill:** ☐ Yes ☒ No    **Asp:** ☐ Yes ☒ No

**Verbalization**
☒ Asked
☒ Told
☒ Demanded
Total:

**Mace Effectiveness**
☐ Immobilized
☐ No Effect
☐ Partial Effect
☐ Defective

**Contributing Factors**
☐ Mental Illness
☐ Alcohol
☐ Drugs

**Permitted to Wash Face**
☐ Yes
☐ No
☐ Refused
☐ Treated at Hospital

**Subject's Noncompliance**
☐ Resistive Tension
☐ Conspicuously Ignoring
☐ Exaggerated Movement
☐ Combative/Assaultive
☐ Armed
☐ Excessive Emotional Tension
☐ Violent History
Stop

**Subject's Preattack Posture**
☐ Fighting Stance
☐ Hand Set
☐ Shoulder Shift
☐ Target Glance
☐ Blank Stare
☒ Other
  Desc: Fled Custody

**Initial Contact Code**
☒ Call for Service
☐ Citation Issued
☐ Domestic Violence
☒ Investigation
☐ Traffic Accident
☐ Traffic Stop
☐ Investigative

**Empty Hand Controls:**
☐ Restraining Hold
☐ Escort Hold
☐ Pain Compliance Hold
☐ Balance Displacement
☐ Pressure Point
☐ Strike
☐ Take Down
☐ Other:

**Firearm Use by Officer:**
☐ Yes ☒ No
☐ Handgun ☐ Shotgun
Make:
Model:
Serial #:

DEPOSITION EXHIBIT G40

**Property Damage:** ☐ Yes ☒ No   If yes, Describe:

**# of Witnesses:**
**Witnesses Listed Below:**

Witness Name: (Last) _____ (First) _____   Sex: ___ Race: ___ SS #:
Address:   DOB:   Phone:   Relationship:
City:   State:   Zip:   Taped Interview: ☐ Yes ☐ No
Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No
If No, explain:

DEFTS. G-00030

Witness Name: (Last) _____ (First) _____ Sex: ___ Race: ___ SS #: ___
Address: _____ DOB: ___ Phone: ___ Relationship: ___
City: _____ State: ___ Zip: ___ Taped Interview: ☐ Yes ☐ No

Does Witness Statement Corroborate Officer's Statement: ☐ Yes ☐ No
If No, explain:

**Liquor Permit premise involvement:** ☒ No ☐ Yes If yes, address & Name:

**Officer(s) Involved Listed Below:**

**Officer's Name:** (Last) Clark (First) Nick Badge: 129 Sex: M Race: W Unit ID #: 129
Duty Status: ☒ Uniform ☐ Non-uniform ☐ On Duty ☐ Off Duty ☐ Off-Duty Detail

**Officer's Name:** (Last) Zimmaro (First) Aaron Badge: 127 Sex: M Race: W Unit ID #: 127
Duty Status: ☒ Uniform ☐ Non-uniform ☐ On Duty ☐ Off Duty ☐ Off-Duty Detail

Injuries to Officer: none

Interview of Subject: ☒
Other Reports: ___
Photos: ☒ Yes ☐ No By: Sgt. Zimmaro
Reporting Supervisor: Sgt. Zimmaro

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No
Force used, as reported above, consistent with Police Division policy: ☒ Yes ☐ No

**Narrative Summary** – Include detailed description of officers action: See Officer Clark's attached K-9 usage report and narrative.
\*\*Deputy Apking and myself were assisting with the track of the suspect. We were not present nor did we witness the initial K-9 use of force on the suspect. We were in the front yard of the house when we heard that Spike had discovered the suspect. As we ran to the rear of the house, observed "Spike" engaged in a bite on the suspect's right leg. The suspect was hiding inside of a plastic playhouse in that yard and "Spike had a hold of her leg through a small window in that house. Officer Clark was already in the process of giving commands for "Spike" to release as we arrived and he did so. Deputy Apking then took her into custody as I covered him. The squad was called and removed the suspect to Sycamore from the scene. Sgt. Dulle from the WCSO advised that they would be handling all charges on the suspect and Dep. Apking followed the squad to the hospital. It should be noted that during my brief interview with the suspect, she advised that she clearly heard the officer and the K-9 outside the playhouse, but still failed to call out or present herself. I asked her why and she advised that she was just stupid.

Investigating Supervisor: _____ #127
Initials: ___ Date: 10-1-08

Initial Contact, as reported above, consistent with Police Division policy: ☒ Yes ☐ No
Force used, as reported above, consistent with Police Division policy: ☒ Yes ☐ No Supplement attached: ☐

Operations Commander: _____
Initials: ___ Date: ___

☐ Original Delivered to Chief's Office ☒ Copy to Operations Commander ☐

Police Chief's Review: ☐ Approved ☐ Referred

Chief's Signature _____

Use of Force Form (Rev 12/00)

DEFTS. G-00031